UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR S 07-212 WBS |
| v. ) | |
| ) | |
| GARY LAWLESS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum    () Ad Testificandum

Name of Detainee:
Detained at (custodian): **San Quentin State Prison**

Detainee is:   a.)   (**X**) charged in this district by:  (**X**) Indictment  () Information  () Complaint
                            charging detainee with: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
    or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   () return to the custody of detaining facility upon termination of proceedings
      or   b.)   (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                       is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/25/07

                                                 /s/ Gregory G. Hollows

lawless.ord                                          United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ___ Female ___ | |
| Booking or CDC #: | F84826 | DOB: | |
| Facility Address: | | Race: | |
| | San Quentin, CA 94964 | FBI #: 863296KB0 | |

Facility Phone:          415-454-1460
Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____    By: _____
                                                                                                  (Signature)