```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GARY LAWLESS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0212 WBS |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| GARY LAWLESS, ) | |
| ) Defendant. ) | Date: November 19, 2007 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for November 19, 2007, be vacated and the case continued until December 3, 2007, at 8:30 a.m. for further status conference. This continuance is sought to permit resolution of discussions concerning the nature of the prior conviction charged in the indictment that may facilitate resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until
2  December 3, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
3  Local Code T-4, defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated:   November 16, 2007    /S/ Michael Beckwith
    Michael M. Beckwith
7      Assistant U.S. Attorney
    Counsel for Plaintiff

9  Dated:   November 16, 2007    /S/ Jeffrey L. Staniels
    JEFFREY L. STANIELS
10     Assistant Federal Defender
    Attorney for Defendant
11     GARY LAWLESS

**O R D E R**

    **IT IS SO ORDERED.**

        By the Court,

Dated:   November 19, 2007

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

Stipulation & Order    -2-