DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY LAWLESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>GARY LAWLESS,<br><br>            Defendant.<br>_____ | No. 2:07-cr-0212 WBS<br><br>[~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND EXCLUDING TIME<br><br>Date:   January 14, 2008<br>Time:   8:30 a.m.<br>Judge:  Hon. William B. Shubb |

     At a status conference on December 3, 2007, defense counsel advised that he would file a motion to dismiss that day and would inform the court of a subsequent briefing schedule. The court is now advised that the motion was filed on December 6, 2007.

     The court accepts the following briefing schedule with regard to the motion;

Government's Response & Opposition
to be filed not later than                                              January 7, 2008

Defendant's Optional Reply
to be filed not later than noon on                                 January 10, 2008

Hearing on motion                                    January 14, 2008, 8:30 a.m.

     In light of the delay caused by preparation of the motion and counsel's restricted availability due to his involvement in a jury

trial before this court, time for trial under the Speedy Trial Act is excluded from December 3, 2007, until the filing of the defense motion pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, and from the filing of the motion until resolution of the motion pursuant to 18 U.S.C. § 3161(h)(3)(A)(B), Local Code M.

The current motions hearing date of February 25, 2008 is vacated.

**IT IS SO ORDERED.**

December 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Motion to Dismiss Indictment

-2-