1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-212 WBS |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | |
| GARY LAWLESS, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorney, moves the Court for an order dismissing the indictment in Case Number S-07-212 WBS, filed on May 17, 2007. The defendant was taken from state custody into federal custody pursuant to a writ issued by this Court on September 25, 2007. The defendant made his first appearance in federal court on October 12, 2007.

///
///
///
///

If the Court grants this motion, the defendant will be returned to state custody forthwith to serve the remainder of his pending sentence.

DATE: December 19, 2007             McGREGOR W. SCOTT
                                    United States Attorney


                                    By /s/ Michael M. Beckwith
                                       MICHAEL M. BECKWITH
                                       Assistant U.S. Attorney

O R D E R

APPROVED AND SO ORDERED:

DATED:  December 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE